# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1123**
**KA 11-00141**
PRESENT: SCUDDER, P.J., SMITH, FAHEY, CARNI, AND VALENTINO, JJ.
_____

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

                          V                                    ORDER

GARY DRAPER, ALSO KNOWN AS GARY E. DRAPER,
DEFENDANT-APPELLANT.
_____

BRIDGET L. FIELD, ROCHESTER, FOR DEFENDANT-APPELLANT.

LAWRENCE FRIEDMAN, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF
COUNSEL), FOR RESPONDENT.
-----------------------------------------------------------------------

      Appeal from a judgment of the Genesee County Court (Robert C.
Noonan, J.), rendered December 15, 2010.  The judgment convicted
defendant, upon his plea of guilty, of sexual abuse in the first
degree (two counts).

      It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered:  November 9, 2012                      Frances E. Cafarell
                                                Clerk of the Court